IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 19-10023-01-02-03-04-JWB |
| | ) | |
| JOSEPH D. RICHARD, JR., | ) | |
| KEVAS L. BALLANCE, | ) | |
| QUINTEZ T. GALBERT, and | ) | |
| ZACHARY P. SEPESI, | ) | |
| | ) | |
| Defendants. | ) | |

# **INDICTMENT**

The Grand Jury charges:

## **Count One**

1. Beginning at a time unknown to the Grand Jury but continuing until at least May 1, 2018, in the District of Kansas,

JOSEPH D. RICHARD, JR.,
KEVAS L. BALLANCE,
QUINTEZ T. GALBERT, and
ZACHARY P. SEPESI,

willfully and knowingly conspired and agreed with each other, and other persons known and unknown to the Grand Jury, to commit offenses in violation of Title 18, United States Code, Sections 471, 472 and 2, those offenses being:

- the false making, forging, and counterfeiting of obligations of the United

States, namely, counterfeit Federal Reserve Notes, with intent to defraud;

- the passing, uttering, and possession of falsely made, and counterfeited obligations of the United States, namely counterfeit Federal Reserve Notes, with intent to defraud; and
- the aiding and abetting the manufacture and passing of the counterfeit obligations of the United States.

As part of the conspiracy, and in order to effect the object thereof, one or more of the conspirators performed one or more of the following overt acts, among others:

**Overt Acts**

2. On an unknown date Joseph D. Richard, Jr., developed a plan to defraud various merchants by manufacturing and passing counterfeit Federal Reserve Notes, i.e, counterfeit currency, and recruited other individuals to participate in the manufacture and passing of counterfeit currency. Defendants Sepesi, Ballance and Galbert, as well as other known and unknown persons, agreed to participate in the manufacture and passing of counterfeit Federal Reserve Notes.

3. On an unknown date, Joseph D. Richard, Jr., obtained a printer or printers which were used to manufacture counterfeit currency.

4. Between June 17, 2017 and May 3, 2018, Joseph D. Richard, Jr., manufactured counterfeit currency and provided said counterfeit currency to his co-conspirators, who then used the counterfeit currency to purchase merchandise from

merchants in the Kansas, Oklahoma, Texas and elsewhere.

5. The United States incorporates by reference all of the allegations contained in Counts 2 through 30, below, as additional overt acts committed in furtherance of this conspiracy as though fully set forth at this point.

6. All of the foregoing was done in violation of Title 18, United States Code, §§371, 471, 472 and 2.

**COUNTS 2 through 9**
**Possession and Passing Counterfeit Currency**

7. On or about the dates set forth below, in the District of Kansas and elsewhere,

KEVAS L. BALLANCE,

did with the intent to defraud, possess, and pass counterfeited obligations of the United States, i.e., counterfeit $50.00 Federal Reserve Notes

| Count | Date | Victim |
|---|---|---|
| 2 | 5-1-18 | Hibbet Sports, Newton, Kansas |
| 3 | 4-30-18 | Hibbet Sports, Arkansas City, Kansas |
| 4 | 4-29-18 | Hibbet Sports, Derby, Kansas |
| 5 | 4-29-18 | Target, Derby, Kansas |
| 6 | 1-14-18 | Walmart, Stillwater, Oklahoma |
| 7 | 1-12-18 | Target, Salina, Kansas |
| 8 | 1-10-18 | Walmart, Guthrie, Oklahoma |
| 9 | 1-1-18 | Home Depot, Wichita, Kansas |

The above acts were in violation of Title 18, United States Code, §472.

**COUNTS 10 through 18**
**Possession and Passing of Counterfeit Currency**

8. On or about the dates set forth below, in the District of Kansas and elsewhere,

QUINTEZ T. GALBERT,

did with the intent to defraud, possess, and pass, and attempted to pass, counterfeited obligations of the United States, i.e., counterfeit $50.00 Federal Reserve Notes:

| Count | Date | Victim |
|---|---|---|
| 10 | 10-20-17 | Dillons, Wichita, Kansas |
| 11 | 10-13-17 | Dillons, Hutchinson, Kansas |
| 12 | 8-21-17 | Dillons, Wichita, Kansas |
| 13 | 8-11-17 | Walmart, Ardmore, Oklahoma |
| 14 | 7-27-17 | Dillons, Wichita, Kansas |
| 15 | 7-26-17 | Dillons , Wichita, Kansas |
| 16 | 7-21-17 | Dillons, Wichita, Kansas |
| 17 | 7-21-17 | Dillons, Wichita, Kansas |
| 18 | 7-21-17 | Dillons, Wichita, Kansas |

The above acts were in violation of Title 18, United States Code, §472.

**COUNTS 19 through 24**
**Possession and Passing of Counterfeit Currency**

9. On or about the dates set forth below, in the District of Kansas and elsewhere,

ZACHARY P. SEPESI,

did with the intent to defraud, possess, and pass, and attempted to pass, counterfeited obligations of the United States, i.e., counterfeit $50.00 Federal Reserve Notes:

| Count | Date | Victim |
|---|---|---|
| 19 | 8-11-17 | Walmart, Ardmore, Oklahoma |
| 20 | 6-22-17 | Dillons, Wichita, Kansas |
| 21 | 6-19-17 | Dillons, Wichita, Kansas |
| 22 | 6-18-17 | Dillons, Wichita, Kansas |
| 23 | 6-17-17 | Dillons, Wichita, Kansas |
| 24 | 6-7-17 | Dillons, Wichita, Kansas |

The above acts were in violation of Title 18, United States Code, §472.

**COUNT 25**
**Manufacture of Counterfeit Currency**

10. Beginning on a date unknown to the Grand Jury, but continuing through approximately May 1, 2018, in the District of Kansas, the defendant,

JOSEPH D. RICHARD, JR.

with the intent to defraud, did falsely make and counterfeit obligations, or other securities, of the United States, to wit; the defendant manufactured counterfeit Fifty Dollar ($50.00) and One Hundred Dollar ($100.00) Federal Reserve Notes.

The above being in violation of Title 18, United States Code, §§ 471 and 2.

**COUNTS 26 through 30**
**Passing Counterfeit Currency**

11. On or about the dates set forth below, in the District of Kansas, the defendant,

JOSEPH D. RICHARD, JR.,

with the intent to defraud, possessed, passed, or attempted to pass, falsely made and

counterfeited an obligation, or other security, of the United States, that is; the defendant purchased, or attempted to purchase, merchandise from various merchants and used counterfeit currency to pay for said merchandise.

| **Count** | **Date** | **Victim** |
|---|---|---|
| 26 | 6-22-17 | Dillons, Wichita, Kansas |
| 27 | 9-17-17 | Jason's Deli, Wichita, Kansas |
| 28 | 10-13-17 | Dillons, Wichita, Kansas |
| 29 | 1-10-18 | Walmart, Guthrie, Oklahoma |
| 30 | 5-1-18 | Hibbet Sports, Newton, Kansas |

The above acts were in violation of Title 18, United States Code, §§472 and 2.

A TRUE BILL

January 30, 2019
DATE

s/ Foreman
FOREMAN OF THE GRAND JURY

s/ Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks.S.Ct. No. 15845

(It is requested that trial be held in Wichita, Kansas.)